United States District Court
Southern District of Texas
**ENTERED**
April 23, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Charles Felix Bean,<br>§ Petitioner, § <br>§<br>v. §<br>§   Civil Action H-19-4311<br>Lorie Davis, §<br>Director, Texas Department §<br>of Criminal Justice, Correctional §<br>Institutions Division, §<br>§ Respondent. § | |

# Order of Adoption

On March 2, 2020, Magistrate Judge Peter Bray filed a memorandum and recommendation (7) recommending that the court deny Charles Felix Bean's petition for writ of habeas corpus. Bean filed objections. (10) The court denies Bean's objections and adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on April 23, 2020, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge